■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MAXIMO POLANCO, Appellant. [776 NYS2d 496]—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Ruchelsman, J.), rendered December 21, 2000, convicting him of criminal possession of a controlled substance in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution (*see People v Contes,* 60 NY2d 620 [1983]), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see* CPL 470.15 [5]).

The defendant's remaining contention is without merit. Santucci, J.P., Schmidt, Townes and Mastro, JJ., concur.